# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

FILED
07 AUG -9 AM 8:55

CLERK OF COURT
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF LA

IN RE: __BESSIE FLETCHER__          CASE NO: __04-20177__
(debtor and/or co-debtor)

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

NAME OF CLAIMANT: __Drive Financial Services__
CURRENT ADDRESS: __8585 N. STEMMONS FWY 1100-N__
__DALLAS, TX 75247__

The dividend(s) listed below which were awarded to the Claimant in the above captioned bankruptcy case was/were not delivered to Claimant due to: __LOST IN MAIL__ (state reason). The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 USC 347.

**Date of Transmittal**          **Dividend Amount**
~~MAR 24, 2006~~ cs                $5,532.85
June 28, 2006

TOTAL $5,532.85

Claimant certifies under penalty of perjury that all statements made by Claimant on this application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment to Claimant at the above mentioned address.

Claimant further certifies that a copy of this application has been mailed to the U.S. Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Signature: _[signature]_
Company Name: __SANTANDER Consumer USA F/K/A Drive Financial Services__
Person Signing: __Thomas G. Dundon__
Title: __President__
(attach photocopy of drivers license and supporting documentation to application)

File Number 5257-186-3



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that*

ARTICLES OF AMENDMENT TO THE ARTICLES OF INCORPORATION WERE FILED IN THIS OFFICE MARCH 05, 2007 CHANGING NAME FROM DRIVE CONSUMER USA INC. TO SANTANDER CONSUMER USA INC.***



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 7TH *day of* MARCH *A.D.* 2007

*Jesse White*

SECRETARY OF STATE

Authentication #: 0706601295
Authenticate at: http://www.cyberdriveillinois.com

# DRIVE CONSUMER USA INC.
# BOARD OF DIRECTORS

## MINUTES OF MEETING
## JANUARY 25, 2007

A regular meeting of the Board of Directors (the "Board") of Drive Consumer USA Inc. (the "Company") was convened at approximately 9 a.m., local time, on Thursday, January 25, 2007 at the Dallas, Texas offices of the Company.

**DIRECTORS PRESENT:** Gonzalo de Las Heras (Chairman)
Thomas G. Dundon
Alberto Sánchez
Javier San Félix
José Luís Castañeda
Pablo Castilla
Rodolfo Icaza
Daniel M. Keane

**DIRECTORS ABSENT:** None

**ALSO PRESENT:** Jim W. Moore, Eldridge A. Burns

Mr. de Las Heras, the Chairman, presided over the Board meeting. Mr. Burns served as Secretary of the meeting. Mr. Burns confirmed that a quorum had been fulfilled and that the meeting was properly convened

1. **OPEN AND PREVIOUS BUSINESS**
The Chairman welcomed everyone to the Board meeting. The Board reviewed the minutes of the Executive Operations Committee meeting held on January 10, 2007.

2. **FINANCIAL REPORT**

2.1 **DETAILED DECEMBER FINANCIAL REPORTS**
The Board reviewed and discussed the December financial report as submitted by Jim Moore. Year –to-date Profit after tax of $145.1m is unfavorable to plan by $1.0m. Going forward, the Company will reformat its financial reports to conform to the form currently used by Santander entities.

2.2 **FINANCE COMMITTEE MEETING MINUTES**
The Board received minutes for the Finance Committee meeting held on December 15, 2006.

2.3 **PUBLIC SHELF UPDATE**
Jim Moore presented an update on the current status of the Company's public shelf registration filing. He indicated that the Registration Statement had been filed on December 22, 2006, the Company had received minor comments from the Securities and Exchange


04-20177 - #77  File 08/09/07  Enter 08/09/07 15:37:55  Main Document  Pg 3 of 11

Commission ("SEC") and that the Company would be ready to respond to such comments immediately.

**2.4 DRIVE 2007-1 PROPOSED TERMS AND CONDITIONS**

The Board discussed the Terms and Conditions Summary of the Drive 2007-1 transaction. Assuming that the SEC approves the Public Shelf Registration the Board approved Jim Moore to move forward under the Terms and Conditions. The Company will continue to report back to the Board.

**3. CEO'S REPORT AND OVERVIEW**

**3.1 KEY PERFORMANCE INDICATORS**

Tom Dundon presented the monthly Key Performance Indicators (KPI) report which showed generally positive trends in new production, delinquency, losses and reserves.

**3.2 MODEL OVERVIEW**

Tom Dundon presented an overview of the Company's Roll Rate Model, Pricing Model and Thin Files Scorecard.

**3.3 NEW INITIATIVES**

Tom Dundon described the Company's (i) Pre-Qualification Program and (ii) partnership strategy with CapitalOne Auto Finance.

**3.4 ORGANIZATIONAL CHART**

Tom Dundon presented the Organizational Chart for his direct reports.

**3.5 LITIGATION REPORT**

Eldridge Burns presented a report on the Company's current litigation. Going forward, the Company will also report on compliance activities.

**3.6 DRIVE BRANDING PLAN**

Tom Dundon explained that the Company is working on a marketing/branding plan that it will present to the Board at a later date.

**4 APPROVALS**

**4.1 ITEMS FOR NOTING**

The Board reviewed the Company's revised Paid Time off Policy, Executive Compensation Program, and credit facilities.

**4.2 COAF CONTRACT**

The Board received the terms of the non-binding CapitalOne Auto Finance Term Sheet.

**4.3 BUDGET**

The Board reviewed the Company's 2007 budget. Tom Dundon noted that the budget has previously been approved by Banco Santander.

**4.4 BUILDING LEASE AGREEMENT**



The Board received a copy of the January 12, 2007 Amendment to Office Lease in which Drive is contracting to lease the 4th floor of the building, in addition to floors 8, 9, 10 and 11. Tom Dundon explained that the amendment had been approved by the Company's legal department.

## 4.5 COMMITTEE STRUCTURES

### 4.5.1 BOARD COMMITTEE

The Board approved the formation of the Executive Compensation Committee of the Board to review and approve the compensation of the Company's senior executives. Gonzalo de Las Heras, Tom Dundon and Alberto Sanchez were appointed to the committee.

### 4.5.2 COMPANY EXECUTIVE COMMITTEES

The Board approved the Company's formation of its Executive Operations Committee, Finance and Treasury Committee, Information Privacy and Security Committee, Credit Policy and Monitoring Committee and Legal and Compliance Committee, which will also oversee the New Product Committee. None of these Committees have any specific powers delegated to it by the. All of these committees will report to the Board upon request.

## 4.6 RESOLUTION REGARDING CAPITAL EXPENDITURES/CORPORATE MATTERS

The Board RESOLVED TO approve the resolutions expenditures and general corporate matters. Upon a motion duly made and seconded, the following resolutions were unanimously adopted:

**WHEREAS**, the authority and responsibility of each officer of the Company emanates from the Company's charter and bylaws; and

**WHEREAS**, the bylaws of the Company empowers the Board to determine the authority and responsibility of the Company's officers;

**NOW, THEREFORE, BE IT RESOLVED**, that the Articles of Incorporation of the Company, as filed in the Office of the Secretary of State of Illinois and the By-Laws of the Company are hereby approved and adopted in all respects; and further

**RESOLVED**, that Chief Executive Officer of the Company is hereby authorized and empowered to designate any bank or banks as depositories in which funds of the Company may be deposited from time to time and is authorized to appoint the Chief Financial Officer, Chief Legal Officer, any other members of the executive management team or their designees (the "Authorized Officers") to sign any and all checks, drafts and orders against any funds standing to The Company's credit with said bank or banks; and further

**RESOLVED**, that the Chief Executive Officer of the Company is hereby authorized and empowered to approve all capital and revenue transactions, negotiate and, where appropriate, to execute and deliver on behalf of the Company agreements, documents, or instruments, upon such terms and conditions as he or she may deem desirable, in connection with any transaction, up to the amount of $500,000; and further



**RESOLVED,** that the Chief Executive Officer of the Company is hereby authorized and empowered to delegate the approval, negotiation and execution of capital and revenue transactions, up to the amount of $100,000, to the Chief Financial Officer, Chief Legal Officer, or other members of the executive management team of the Company; and further

**RESOLVED,** that the Authorized Officers be, and each is hereby authorized, empowered and directed to perform all acts and do all other things which such officer may deem necessary or desirable in order to carry out the purposes of the foregoing resolutions; and further

**RESOLVED,** that all actions (i) to organize the Company taken prior to the date hereof by the incorporators of the Company, and (ii) taken by, or at the direction of, any Authorized Officer of the Company prior to the adoption of these resolutions that are within the authority conferred by the foregoing resolutions, are hereby ratified, confirmed, approved and adopted.

### 4.7 NAME CHANGE AND INCORPORATION ISSUES

The Board discussed the reincorporation of the Company in Delaware, or some other state. It also discussed name change issues. The Company and the Board will discuss the reincorporation issue further after fully exploring tax implications and branding plans. The Board approved changing of the Company's name in Illinois, if necessary.

## 5. OTHER BUSINESS

### 5.1 LOSS PROVISIONING METHOD

The Board received a report on the Company's proposal to change from a Markov provisioning model to a vintage model. For the year 2007, the Company will track provisions for losses using both models and make provisions based on the most prudent manner.

### 5.2 DRIVE.COM

Tom Dundon reported that the Company is researching direct lending and doing internet business under the name Drive.com. The Company will update the Board on any new developments.

### 5.3 ADDITIONAL PARTNERSHIPS

Tom Dundon discussed potential business deals with Sovereign and CUDL. The Company will advise the Board as these deals progress.

### 5.4 POLICIES AND PROCEDURES

It was agreed that the Policies and Procedures of the Company should be presented to the Board for review and approval at the next convenient meeting.

### 5.5 CORPORATE BY-LAWS

The Board requested that it receive for its review copies of the Corporate By-Laws.

### 5.6 ACCOUNT WITH BANCO SANTANDER NY BRANCH

It was proposed and agreed that where feasible Drive should look into moving some of its banking business to the New York Branch of Banco Santander.

Drive Consumer USA Inc.
Board of Directors, January 2007



04-20177 - #77  File 08/09/07  Enter 08/09/07 15:37:55  Main Document  Pg 6 of 11

**5.7 TAXES**

It was suggested that the Company and the Board and look into the possibility of optimizing the tax liability for the Santander group as a whole in the United States.

**5.8 MEETINGS**

Going forward, the Board will meet as required and at a minimum of four times annually (quarterly).

**5.9 BOARD INFORMATION PACKAGE**

The Board information Package that was distributed at the meeting is hereby incorporated by reference and will be attached to these minutes and presented at the next Board meeting.

**6. ADJOURNMENT**

There being no further business to come before the meeting, the meeting adjourned at 12:30 p.m. local time. The next meeting will be set by the Chairman.

Respectfully Submitted

Eldridge A. Burns, Jr., Secretary



FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT Western | DISTRICT OF Louisiana | |
|---|---|---|
| Name of Debtor Bessie Fletcher | Case Number 04-20177 | |

COPY

2004 MAR 29 P 2:29

CLERK OF COURT
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF LA

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
**Drive Financial Services**

☐ Check Box if you are aware that anyone else has filed a proof of claim retaining to your claim. Attach copy of statement giving particulars.

**Name and address where notices should be sent:**
**Drive Financial Services**
**8585 North Stemmons Frwy, Suite 800-N**
**Dallas, Texas 75247**
Telephone Number: 888-222-4227 x 3442

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
**802-90-58412**

Check here if this claim ☐ replaces ☐ amends A previously filed claim dated:

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☒ Money Loaned
☐ Personal Injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, Salaries, and compensation (fill out below)
   Your SS#: _____ _____ _____
   Unpaid compensation for services performed
   From _____ to _____
        (date)              (date)

**2. Date debt was incurred:** 4/11/01
**3. If court judgment, date obtained:**
**4. Total Amount of Claim at Time Case Filed:** $ 20246.10

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral: 2000 Mercury Sable
☐ Real Estate   ☒ Motor Vehicle
☐ Other
Value of Collateral: $ 7087.50
Interest Rate: 18.00 %
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ 11018.71

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitles do priority $
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan – U.S.C. § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units – U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___)
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements or funning accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

PROCESSED
RETAIN PER ADMINISTRATIVE
PROCEDURES

Date 3/26/2004   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): MaryAnn Oliver, Bankruptcy Clerk, /s/ MaryAnn Oliver

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571

N.A.D.A. Official Used Car Guide
Automated Vehicle Valuation

| | |
|---|---|
| Guide Edition: | Southwestern March 2004 |
| Vehicle: | 2000   MERCURY |
| | SABLE-V6 |
| | SED 4D LS |

VIN: 1MEFM53S9YA631956
Weight:    3,375

| | | | | | |
|---|---|---|---|---|---|
| Mileage: | 0 | MSRP: | 19,945 | | |
| Base Retail: | 7,525 | Base Trade: | 5,850 | Base Loan: | 5,275 |

Accessory Equipment:

| | |
|---|---|
| Alum/Alloy Wheels | 150 |
| Compact Disc Player | 75 |
| Power Seat | 125 |
| Theft Recovery Sys | 50 |

| | | | |
|---|---|---|---|
| Mileage Adj: | 0 | Accy Adj: | 400 |

Total N.A.D.A. Official Used Car Guide Values

| | | | | | |
|---|---|---|---|---|---|
| Retail: | 7,925 | Trade-In: | 6,250 | Loan: | 5,675 |

All NADA values are reprinted with permission of
N.A.D.A. Official Used Car Guide Co.  Copyright NADASC 1996

03/24/04 10:31:18 AM                                                                                               1

04-20177 - #77  File 08/09/07  Enter 08/09/07 15:37:55  Main Document  Pg 9 of 11

DEAL 69105

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

Dealer Number _____ Contract Number _____

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller Name and Address |
|---|---|
| BESSIE B FLETCHER<br>117 N FIRST AVE<br>LAKE CHARLES, LA 70601 COUNTY | TEXAN LINCOLN MERCURY<br>19630 NORTHWEST FWY.<br>HOUSTON, TX 77065    80258412 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2000 | MERCURY SABLE | 1MEFM53S9YA631956 | ☐ personal, family or household<br>☐ business<br>☐ agricultural  ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2000.00 is |
|---|---|---|---|---|
| 18.00 % | $ 7685.35 | $14678.45 | 22363.80 | 24363.80 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 372.73 | Monthly beginning 05/11/2001 |

Or As Follows:

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1 Cash Price (including $ 968.76 sales tax) ........................ $16468.75 (1)
2 Total Downpayment =
  Trade-in N/A    N/A    N/A
         (Year)   (Make)  (Model)
  Gross Trade-In Allowance          $ N/A
  Less Pay Off Made By Seller       $ N/A
  Equals Net Trade In               $ N/A
  + Cash                            $2000.00
  + Other  N/A                      $ N/A
  (If total downpayment is negative, enter "0" and see K below)   $2000.00 (2)
3 Unpaid Balance of Cash Price (1 minus 2) .......................... $14468.75 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
  (Seller may keep part of these amounts):
  A Cost of Optional Credit Insurance Paid to the Insurance
     Company or Companies.
     Life        $ N/A
     Disability  $ N/A              $ N/A
  B Other Insurance Paid to the Insurance Company   $ N/A
  C Official Fees Paid to Government Agencies       $ N/A
  D Taxes Not Included in Cash Price                $ N/A
  E Government License and/or Registration Fees
    (Identify) LICENSE AND R&B FEE                  $ 59.80
  F Government Certificate of Title Fees            $ 25.50
  G TEXAN/BINC    for Full Service Deputy Fee       $ 5.00
  H Government Vehicle Inspection Fees              $ 24.50

**INSURANCE.** Physical damage insurance on the vehicle is REQUIRED until you have paid all you owe under this contract. You may obtain the physical damage insurance from any insurance company you choose that is authorized to do business in Texas. You may also furnish the required coverage through an existing policy. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)
Premium and Term:
Credit Life $ ___N/A___   ___N/A___
                                Term
Credit Disability $ ___N/A___   ___N/A___
                                Term
Insurance Company Name
___N/A___
Home Office Address
___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

☐ If this box is checked, the premium for the insurance coverage(s) included above is not fixed or approved by the Texas Insurance Commissioner.

I want the optional credit insurance checked above.
___N/A___
(Buyer's signature)               Date
___N/A___
(Co-Buyer's signature)            Date

**Other Insurance Coverages**
The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost.

| Coverage | Term in Months | Premium |
|---|---|---|
| N/A | N/A | ☐ N/A |
| N/A | N/A | ☐ N/A |

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

I want the optional coverages for which premiums are included above.
N/A



# TEXAS CERTIFICATE OF TITLE

**VEHICLE IDENTIFICATION NUMBER:** 1MEFM53S9YA631956
**YEAR MODEL:** 2000
**MAKE OF VEHICLE:** MERC
**BODY STYLE:** 4D

**MODEL:** SLS
**MFG. CAPACITY IN TONS:**
**WEIGHT:** 3400
**LICENSE NUMBER:** H54VPR
**TITLE/DOCUMENT NUMBER:** 10131437027151406
**DATE TITLE ISSUED:** 05/31/2001

**PREVIOUS OWNER:** TEXAN LZ/M HOUSTON TX

**OWNER:** BESSIE B FLETCHER
117 N FIRST AVE
LAKE CHARLES, LA 70601

**ODOMETER READING:** 28886
**REMARKS:** ACTUAL MILEAGE

**1ST LIENHOLDER:** 04/11/2001 DRIVE FINANCIAL SERVICES
PO BOX 580583
DALLAS, TX 75356-0583

VOID VOID VOID (overstamped across document)